UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Isaac Senquiz,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NY Auto Concierge et al.,<br><br>                    Defendants. | 25-CV-8473 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff previously indicated that he intended to seek default judgment against defendants. If plaintiff continues to wish to do so, he should, on or before April 24, 2026, request a Clerk's Certificate of Default before filing the appropriate motion for default judgment. Plaintiff should then take the appropriate steps to promptly seek a default judgment. If these steps are not promptly taken, the case will be dismissed for failure to prosecute.

          SO ORDERED.

Dated:  April 17, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge