UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC SENQUIZ,

Plaintiff,

-against-

NY AUTO CONCIERGE INC., DIRECT LOGISTIC TRANSPORT LLC, DLT PAYROLL CORP., and ERIC BROWN,

Defendants.

25-CV-8473 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at the October 6, 2026 hearing, defendants' defaults are excused and plaintiff's motion for default judgment is DENIED. On or before **October 9, 2026**, defendants must retain counsel, who should promptly file a notice of appearance. Defendants' deadline to respond to the complaint is **October 23, 2026**. Counsel for plaintiff should give defendants notice of this order by sending a copy to Mr. Eric Brown via email and text message. The Clerk of Court is respectfully directed to close Dkt. 29.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge