UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC SENQUIZ,

Plaintiff,

-against-

NY AUTO CONCIERGE INC., DIRECT LOGISTIC TRANSPORT LLC, DLT PAYROLL CORP., and ERIC BROWN,

Defendants.

25-CV-8473 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 6, 2026, the Court ordered that "[o]n or before October 9, 2026, defendants must retain counsel, who should promptly file a notice of appearance." Dkt. 44. A week has passed since that deadline, and no one has appeared on behalf of defendants. If counsel for Defendants does not appear on or before October 23, 2026 (the deadline for Defendants to respond to the complaint), plaintiff should file a renewed motion for default judgment (which can incorporate all the previously-filed default judgment materials by reference). The Court will not be inclined to find defendants' default excused for a second time. Counsel for plaintiff should give defendants notice of this order by sending a copy to Eric Brown via email and text message.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge